**IN RE M.I.W.**

[365 N.C. 186 (2011)]

IN THE MATTER OF:                    )
                                     )
    M.I.W.                           )    From Harnett County
                                     )
                                     )
                                     )

No. 148P11

ORDER

The respondent-mother's petition for writ of certiorari is allowed on the following issue only:

Did the trial court possess subject matter jurisdiction to terminate parental rights when the motion in the cause was filed during the pendency of an appeal?

By order of the Court in Conference, this 15th day of June, 2011.

s/Jackson, J.
For the Court